# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> Sherry A. KcKee, <br><br> Debtor | Chapter 13 <br><br> Bankruptcy No. 22-00204 |

## Proceeding Memo and Order

Date of In-Court Hearing: June 14, 2022
Hearing on: Motion to Incur Debt (Doc. 14) and Chapter 13 Plan (Doc. 2)

APPEARANCES:

Attorney Samuel Zachary Marks with Debtor
Chapter 13 Trustee Carol Dunbar
Attorney Eric Langston for Joseph Ruva

**IT IS ORDERED THAT**:

The Motion to Incur Debt (Doc. 14) is GRANTED.

Debtor's Chapter 13 Plan is not confirmable. Debtor is to file a modified plan.

Ordered: June 17, 2022

Thad J. Collins
Chief Bankruptcy Judge