## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Sherry McKee,<br><br>Debtor. | CASE NO. 22-00204<br><br>MOTION TO MODIFY PLAN POST-CONFIRMATION |

COMES NOW the above-named Debtor and for her Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtor to make payments as follows:
    a. $383.00 per month for the remainder of the plan.
2. The Debtor will be having surgery on May 19, 2023, and will be subsequently unable to work during the month of June.
3. The Debtor proposes modifying the current plan to make a May payment in the amount of $300.00.
4. The Debtor further proposes modifying the plan to not make payments in June while she is out of work.
5. The Debtor further proposes modifying the plan to resume making payments in July 2023.
6. The Debtor further proposes modifying the plan to lower her monthly payment to $121.00 for the remainder of the plan due to a reduction in income as shown by the filed Amended Schedule I.
7. The Debtor further proposes abating all missed payments.
8. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtor prays the Court approve her proposed Modified Chapter 13 Plan.

MARKS LAW FIRM

 */s/ Samuel Z. Marks*

Samuel Z. Marks
Marks Law Firm, P.C.
4225 University Ave.
Des Moines, IA 50311

(515) 276-7211  
Fax: (515) 276-6280  
Office@markslawdm.com  
ATTORNEY FOR DEBTOR

# United States Bankruptcy Court
## Northern District of Iowa

In re **Sherry A. McKee**  
Debtor(s)

Case No. **22-00204**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 3, 2023**, a copy of **Motion to Modify Plan Post-Confirmation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**21st Mortgage Corp**
**Acima Credit**
**Acima Credit**
**AT&T Wireless**
**Bank of the West**
**Caine & Weiner**
**Capital One**
**Consumer Portfolio Services, Inc.**
**Credit Collection Services**
**Credit One Bank**
**Enhanced Recovery Company**
**Joe Ruva**
**Mediacom Communications Corp**
**Messerli and Kramer**
**Ms Services Llc**
**OneMain Financial**
**Progressive Insurance**
**Pyod Llc C/o Resurgent Capital Services**
**Richard Haendel Properties**
**Richard Haendel Properties**
**Social Security Administration**
**Social Security Administration**
**South Slope**
**Sprint**
**Transworld Systems Inc**
**Two Rivers Bank and Trust**
**Two Rivers Bank and Trust**

**/s/ Samuel Z. Marks**  
**Samuel Z. Marks**  
**Marks Law Firm, P.C.**  
**4225 University Ave.**  
**Des Moines, IA 50311**

**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**