UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Sherry McKee | ) | Bankruptcy No. 22-00204 |
| | ) | |

NOTICE OF SETTING OF BAR DATE FOR OBJECTIONS TO MOTION MODIFY PLAN

NOTICE IS HEREBY GIVEN the enclosed Motion to Modify Plan was filed on May 5, 2022, on behalf of the Debtor.

NOTICE IS FURTHER GIVEN that Objections to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, with a copy to the U.S. Trustee, Standing Trustee and Attorney for Debtor, addresses below, on or before May 26, 2022.

Attorney for Applicant
Samuel Marks
4225 University Ave
Des Moines IA 50311

Trustee
Carol F Dunbar
531 Commercial St, Suite 500
Waterloo, IA 50701

US Trustee
Office of the US Trustee
United States Federal Courthouse
111 7th Ave SE, Box 17
Cedar Rapids, IA 52401-2101

Clerk, U.S. Bankruptcy Court
United States Bankruptcy Court
Northern District of Iowa
Clerk of Court
111 Seventh Avenue SE, Box 15
Cedar Rapids IA 52401-2101

The undersigned hereby certifies that a copy of the document on which this appears was mailed to creditors and parties in interest herein as required by the Bankruptcy Code and Rule.

DATED:  5/5/2022        SIGNED:  /s/ Samuel Z. Marks