# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SHERRY MCKEE | CASE NO: 22-00204<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 80 |

On 5/9/2023, I did cause a copy of the following documents, described below,

Summary of Schedules ECF Docket Reference No. 80

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/9/2023

/s/ Samuel Z. Marks
Samuel Z. Marks  IS9998821
Attorney at Law
Marks Law Firm
4225 University Ave
Des Moines, IA  50311
515 276 7211
office@markslawdm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SHERRY MCKEE | CASE NO: 22-00204<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 80 |

On 5/9/2023, a copy of the following documents, described below,

Summary of Schedules ECF Docket Reference No. 80

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/9/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Samuel Z. Marks
Marks Law Firm
4225 University Ave
Des Moines, IA  50311

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-00204<br>NORTHERN DISTRICT OF IOWA<br>MON MAY 8 13-43-1 PST 2023 | EXCLUDE<br><br>~~(U)21ST MORTGAGE~~ | ALLY FINANCIAL CO AIS PORTFOLIO<br>SERVICES<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| EXCLUDE<br><br>~~(U)ONEMAIN FINANCIAL GROUP LLC~~ | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | 111 SEVENTH AVENUE SE 15<br>CEDAR RAPIDS IA 52401-2103 |
| (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | EXCLUDE<br><br>~~(D)(P)21ST MORTGAGE CORPORATION~~<br>~~PO BOX 477~~<br>~~KNOXVILLE TN 37901-0477~~ | ATT WIRELESS<br>7277 164TH AVE NE<br>REDMOND WA 98052-7823 |
| ACIMA CREDIT<br>13907 MINUTEMAN DR 5TH FLOOR<br>DRAPER UT 84020-9869 | ALLY FINANCIAL<br>AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | BANK OF THE WEST<br>PO BOX 2078<br>OMAHA NE 68103-2078 |
| CAINE WEINER<br>ATTN BANKRUPTCY<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS CA 91411-2546 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CONSUMER PORTFOLIO SERVICES INC<br>ATTN BANKRUPTCY<br>PO BOX 57071<br>IRVINE CA 92619-7071 | CREDIT COLLECTION SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | ENHANCED RECOVERY COMPANY<br>ATTN BANKRUPTCY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256-7412 | JOE RUVA<br>929 SUNSET ST<br>IOWA CITY IA 52246-4936 |
| JOSEPH RUVA<br>CO ERIC J LANGSTON<br>601 S LINDBERGH BLVD FLR 2<br>FRONTENAC MO 63131-2733 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MEDIACOM COMMUNICATIONS CORP<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 |
| MEDIACOM COMMUNICATIONS CORPORATION<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | MESSERLI AND KRAMER<br>3033 CAMPUS DR STE 250<br>PLYMOUTH MN 55441-2662 | (P)MS SERVICES LLC<br>123 W 1ST ST SUITE 430<br>CASPER WY 82601-7502 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ONEMAIN FINANCIAL GROUP  LLC<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE   IN 47731-3251 | PYOD   LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE   SC 29602-9008 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PROGRESSIVE INSURANCE<br>ATTN BANKRUPTCY DEPT<br>6300 WILSON MILLS RD<br>MAYFIELD VILLAGE   OH 44143-2182 | PYOD LLC CO RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 10497<br>GREENVILLE   SC 29603-0497 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SECOND ROUND SUB LLC<br>PO BOX 788<br>KIRKLAND   WA  98083-0788 |
| RICHARD HAENDEL PROPERTIES<br>402 MCLEAN ST<br>IOWA CITY   IA 52246-3732 | SOCIAL SECURITY ADMINISTRATION<br>1500 WOODLAWN DRIVE<br>BALTIMORE   MD 21241-1500 | SOCIAL SECURITY ADMINISTRATION<br>DISTRICT OFFICE<br>3165 WILLIAMS BLVD SW<br>CEDAR RAPIDS   IA 52404-1422 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE FO THE CHIEF COUNSEL<br>REGION VII   KANSAS CITY<br>601 E 12TH ST   ROOM 965<br>KANSAS CITY   MO 64106-2898 | SOUTH SLOPE<br>ATTN LEGAL DEPARTMENT<br>980 NORTH FRONT STREET<br>NORTH LIBERTY   IA 52317-9005 | (P)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TIMOTHY NEWMIRE<br>218 GOLFVIEW CT<br>NORTH LIBERTY   IA 52317-9783 | TIMOTHY NEWMIRE<br>218 LIONS DR<br>GOLFVIEW COURT<br>NORTH LIBERTY   IA 52317 | TRANSWORLD SYSTEMS INC<br>PO BOX 17221<br>WILMINGTON   DE 19886-7221 |
| TWO RIVERS BANK AND TRUST<br>222 N MAIN ST<br>BURLINGTON   IA 52601-5214 | TWO RIVERS BANK AND TRUST<br>2392 RIDGEWAY DR STEA<br>CORALVILLE   IA 52241 | UNITED STATES TRUSTEE<br>UNITED STATES FEDERAL COURTHOUSE<br>111 7TH AVENUE SE   BOX 17<br>CEDAR RAPIDS   IA 52401-2103 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON   TX  77210-4457 | CAROL F DUNBAR<br>CAROL F DUNBAR   CH 12  13 TRUSTEE<br>2616 ORCHARD DRIVE   STE B<br>CEDAR FALLS   IA 50613-5812 |
| EXCLUDE<br>(U)JOSEPH RUVA | SAMUEL ZACHARY MARKS<br>4225 UNIVERSITY AVE<br>DES MOINES   IA 50311-3421 | DEBTOR<br>SHERRY A MCKEE<br>830 DOVER ST<br>IOWA CITY   IA 52245 |