United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00204-TJC |
| Sherry A. McKee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: svclist | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sherry A. McKee, 830 Dover St., Iowa City, IA 52245-5226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 20:37:54 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2023 20:37:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Eric J. Langston | |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: svclist | Total Noticed: 3 |

on behalf of Creditor Joseph Ruva elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Rodger Michael Turbak

on behalf of Creditor OneMain Financial Group  LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com

Samuel Zachary Marks

on behalf of Debtor Sherry A. McKee Office@markslawdm.com

Timothy J Jacobs

on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 6

bksl 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Sherry A. McKee

Chapter 13

Bankruptcy No. 22−00204

Debtor

## SERVICE LIST

Parties Served:
22−00204 Notice will be electronically mailed to:

Carol F. Dunbar
ssteffen@iowachapter13.com,
cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com

Timothy J Jacobs on behalf of Creditor 21st Mortgage
Tim@midwestlawgroup.com

Eric J. Langston on behalf of Creditor Joseph Ruva
elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Samuel Zachary Marks on behalf of Debtor Sherry A. McKee
Office@markslawdm.com

Rodger Michael Turbak on behalf of Creditor OneMain Financial Group, LLC
rturbak@lewisricekc.com, vlbates@lewisricekc.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

22−00204 Notice will not be electronically mailed to:

Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Notice will be mailed to:

entered on 5/8/23 tsta