UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

SHERRY A. MCKEE,

Debtor

Chapter 13

Bankruptcy No. 22-00204

## Proceeding Memo and Order

Date of In-Court Hearing: June 6, 2023
Hearing on Trustee's Motion to Dismiss (Doc. 68) filed March 20, 2023

APPEARANCES:

Attorney Steven G. Klesner with Debtor
Chapter 13 Trustee Carol Dunbar

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT:**

Debtor is given to and including July 6, 2023 to file an Amended Plan. The Motion to Dismiss is held in abeyance pending confirmation of amended plan.

Ordered:

June 8, 2023

Thad J. Collins
Chief Bankruptcy Judge