B 231B
(Rev. 3/92)

# United States Bankruptcy Court
## Northern District of Iowa

In re                                            Chapter 13
                                                 Bankruptcy No. 22-00204C

SHERRY A. MCKEE,

         Debtor.

**ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN
AFTER CONFIRMATION**

The debtor's October 12, 2022 plan was confirmed on December 8, 2022. Debtor filed a Motion to Modify Plan Post-Confirmation on May 5, 2023. A summary of the plan, or a summary of the final modification of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

The debtor's confirmed plan, as modified May 5, 2023, is confirmed with the following provisions:

1. **Payments:**

   | | |
   |---|---|
   | Amount of each payment: | $3,633.00 total for first twelve (12) months, then $300.00 for one (1) month, then $0.00 for one (1) month, then $121.00 each month for forty-six (46) months, plus net income tax refunds. |
   | Due date of each payment: | Each month as above, beginning May 15, 2022. |
   | Period of payments: | Sixty (60) months. |
   | **Payable to:** | **Payroll Deduction:** |
   | Carol F. Dunbar, Standing Trustee<br>P.O. Box 1033<br>Memphis, TN 38101-1033 | \_\_\_\_ Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this court. |
   | | _x_ No payroll deduction is ordered. |

2. **Attorney Fees:**

   The debtor's attorney was awarded a fee of $4,313.00 in the December 8, 2022 Order Confirming Chapter 13 Plan. As directed by that Order, the trustee is paying $3,913.00 from the estate.

3. **Other provisions:**

DATED AND ENTERED:

June 15, 2023

                                                              _/s/ [signature]_
Chief Bankruptcy Judge for the Northern District of Iowa

Order prepared by:
Carol F. Dunbar, #1682
Chapter 13 Trustee
2616 Orchard Drive, Suite B
Cedar Falls, IA 50613
Telephone: (319) 260-2282