United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 22-00204-TJC
Sherry A. McKee Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 3
Date Rcvd: Jun 15, 2023      Form ID: ntccmfrm      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sherry A. McKee, 830 Dover St., Iowa City, IA 52245-5226 |
| 2344039 | + | AT&T Wireless, 7277 164th Ave NE, Redmond, WA 98052-7823 |
| 2344040 | | Bank of the West, PO Box 2078, Omaha, NE 68103-2078 |
| 2344047 | + | Joe Ruva, 929 Sunset St, Iowa City, IA 52246-4936 |
| 2347971 | + | Joseph Ruva, c/o Eric J. Langston, 601 S. Lindbergh Blvd. Flr 2, Frontenac, MO 63131-2733 |
| 2344050 | ++ | MS SERVICES LLC, 123 W 1ST ST SUITE 430, CASPER WY 82601-7502 address filed with court:, Ms Services Llc, 123 West 1st Street, Suite 430, Casper, WY 82601 |
| 2344049 | + | Messerli and Kramer, 3033 Campus Dr Ste 250, Plymouth, MN 55441-2662 |
| 2344054 | + | Richard Haendel Properties, 402 McLean St, Iowa City, IA 52246-3732 |
| 2344057 | + | South Slope, Attn: Legal Department, 980 North Front Street, North Liberty, IA 52317-9005 |
| 2344060 | | Timothy Newmire, 218 Lions Dr., Golfview Court, North Liberty, IA 52317 |
| 2344061 | | Transworld Systems Inc, PO Box 17221, Wilmington, DE 19886-7221 |
| 2344063 | + | Two Rivers Bank and Trust, 222 N Main St, Burlington, IA 52601-5214 |
| 2344062 | | Two Rivers Bank and Trust, 2392 Ridgeway Dr SteA, Coralville, IA 52241 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 15 2023 21:15:40 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2023 21:15:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 2344036 | | Email/Text: ebn@21stmortgage.com | Jun 15 2023 21:13:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 2344468 | | Email/Text: ebn@21stmortgage.com | Jun 15 2023 21:13:00 | 21st Mortgage Corporation, Po Box 477, Knoxville, TN 37901 |
| 2344037 | | + Email/Text: bankruptcy@acimacredit.com | Jun 15 2023 21:13:00 | Acima Credit, 13907 Minuteman Dr. 5th Floor, Draper, UT 84020-9869 |
| 2344377 | | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 15 2023 21:27:35 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2344040 | | ^ MEBN | Jun 15 2023 21:08:34 | Bank of the West, PO Box 2078, Omaha, NE 68103-2078 |
| 2344041 | | + Email/Text: caineweiner@ebn.phinsolutions.com | Jun 15 2023 21:13:00 | Caine & Weiner, Attn: Bankruptcy, 5805 |

Case 22-00204 Doc 86 Filed 06/17/23 Entered 06/17/23 23:32:47 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: ntccmfrm | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 2344042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2023 21:27:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 2344829 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2023 21:15:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 2344825 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2023 21:15:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2344043 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 15 2023 21:13:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 2344044 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 15 2023 21:13:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 2344045 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2023 21:15:54 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 2344046 | + | Email/Text: bknotice@ercbpo.com | Jun 15 2023 21:13:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 2347560 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 21:16:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 2344048 | | Email/Text: Documentfiling@LCIinc.com | Jun 15 2023 21:13:00 | Mediacom Communications Corp, One Mediacom Way, Chester, NY 10918-4850 |
| 2344347 | + | Email/Text: Documentfiling@LCIinc.com | Jun 15 2023 21:13:00 | Mediacom Communications Corporation, PO BOX 1931, Burlingame, CA 94011-1931 |
| 2344051 | | Email/PDF: cbp@onemainfinancial.com | Jun 15 2023 21:15:43 | OneMain Financial Group, LLC, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 2366200 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2023 21:27:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 2344345 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 21:27:14 | PYOD, LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 2344052 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 15 2023 21:13:00 | Progressive Insurance, Attn: Bankruptcy Dept, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 2344053 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 21:16:22 | Pyod Llc C/o Resurgent Capital Services, Attn: Bankruptcy Department, Po Box 10497, Greenville, SC 29603-0497 |
| 2348380 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2023 21:13:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 2344058 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 15 2023 21:15:54 | Sprint, KSOPHT0101-Z4300, 6391 Sprint Parkway, Overland Park, KS 66251-4300 |
| 2353631 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 15 2023 21:13:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 2344055 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 15 2023 21:13:00 | Social Security Administration, District Office, 3165 Williams Blvd SW, Cedar Rapids, IA 52404-1422 |
| 2344056 | | Email/Text: ssa.bankruptcy@ssa.gov | Jun 15 2023 21:13:00 | Social Security Administration, Office fo the Chief Counsel, Region VII, Kansas City, 601 E. 12th St., Room 965, Kansas City, MO 64106-2898 |
| 2347718 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2023 21:15:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2347728 | | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2023 21:16:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2344038 | *+ | Acima Credit, 13907 Minuteman Dr. 5th Floor, Draper, UT 84020-9869 |
| 2344378 | *+ | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2344059 | ##+ | Timothy Newmire, 47 Holiday Lodge Rd,, North Liberty, IA 52317-9516 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com  cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Eric J. Langston | on behalf of Creditor Joseph Ruva elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Rodger Michael Turbak | on behalf of Creditor OneMain Financial Group  LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com |
| Samuel Zachary Marks | on behalf of Debtor Sherry A. McKee Office@markslawdm.com |
| Timothy J Jacobs | on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Sherry A. McKee

Chapter 13

Bankruptcy No. 22−00204

Debtor

## NOTICE OF CONFIRMATION OF PLAN

To:

All Creditors and Parties in Interest

**NOTICE IS HEREBY GIVEN** the chapter 13 modified plan filed May 5, 2023 has been confirmed by an order of this Court on June 15, 2023.

Date: June 15, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa J. Stapelman*

Deputy Clerk