**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISON**

| IN THE MATTER OF: | CASE NO. 22-00204 |
|---|---|
| Sherry McKee, | MOTION TO RETAIN DISPOSABLE INCOME |
| Debtor. | |

COMES NOW the above-named Debtor and for her Motion to Retain Disposable Income states as follows:

1. The Debtor is entitled to $469.00 in federal tax refunds and $96.00 in state tax refunds for the 2022 tax year. Following $221.95 in preparation fees, the Debtor received a total of $343.05 in tax refunds.
2. The Debtor renewed her registration for her 2014 Honda and her 2016 Jeep for a total of $363.00. Thus, the Debtor requests the Court allow her to retain $343.05 that was spent on the registration payment.

WHEREFORE, the Debtor prays the Court grant the above-captioned Motion to Retain Disposable Income and for such other relief as the Court deems just and equitable in the premises.

/s/ Samuel Z. Marks

Samuel Z. Marks
Marks Law Firm, P.C.
4225 University Ave.
Des Moines, IA 50311
(515) 276-7211
Fax:(515) 276-6280
Office@markslawdm.com
ATTORNEY FOR THE DEBTOR