UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Sherry McKee, | ) | Bankruptcy No. 22-00204 |
| | ) | |
| Debtor. | ) | |

ORDER GRANTING MOTION TO RETAIN DISPOSABLE INCOME

The Court now considers the Motion to Retain Disposable Income filed on behalf of the

above-named Debtor.

IT IS HEREBY ORDERED that the Motion to Retain Disposable Income is granted.

Dated and Entered: ___August 18, 2023_____

_____
US Bankruptcy Judge