UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 22-00204C |
| SHERRY A. MCKEE, | |
| | TRUSTEE'S MOTION |
| | TO DISMISS CASE |
| Debtors. | |

COMES NOW the Chapter 13 trustee and states to the Court:

1. The confirmed modified plan states that the debtor shall pay $3,633.00 total for the first 12 months, May 15, 2022, then $300.00 for 1 month, then $0.00 for 1 month, then $121.00 for 46 months, plus income tax refunds.

2. Through the end of October 2023, the trustee should have received at least $4,417.00. To date, the trustee has received $4,158.00, leaving a delinquency of **$259.00.** Another **$121.00** will be due by November 30, 2023.

WHEREFORE, the Chapter 13 trustee recommends that, pursuant to 11 U.S.C. Section 1307(c), the case be dismissed.

DATED: November 3, 2023

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
2616 Orchard Drive Ste 500
Cedar Falls, IA 50613
Telephone: (319) 260-2282