UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| SHERRY A. MCKEE, | ) | BANKRUPTCY NO. 22-00204C |
| | ) | |
| Debtor. | ) | |
| | ) | |

NOTICE OF MOTION TO DISMISS
NOTICE Setting Bar Date for Objections
NOTICE Setting Hearing on Motion to Dismiss

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN the enclosed Motion to Dismiss was filed on November 3, 2023, by the Chapter 13 Trustee in this case.

NOTICE IS FURTHER GIVEN that objections to said Motion to Dismiss, if any, shall be filed with the Clerk of Bankruptcy Court, with a copy to the United States Trustee, the Chapter 13 Trustee, and Attorney for Debtor, addresses below, on or before **November 27, 2023**.

NOTICE IS FURTHER GIVEN a hearing on the above matter will come before the Court on:

**December 5, 2023 at 1:45 P.M.**
**111 Seventh Avenue SE, 6th Floor Courtroom**
**Cedar Rapids, Iowa**

**THE DEBTOR AND THE ATTORNEY FOR THE DEBTOR MUST BE PRESENT AT THIS HEARING.**

Dated: November 3, 2023                                                            /s/ Carol F. Dunbar
                                                                                                        Carol F. Dunbar, No. 1682
Clerk, U.S. Bankruptcy Court                                                 Chapter 13 Trustee
111 7th Avenue SE, Box 15                                                     2616 Orchard Drive, Suite B
Cedar Rapids, IA  52401-2101                                                Cedar Falls, IA  50613
                                                                                                        Telephone: (319) 260-2282

| United States Trustee | Samuel Z. Marks | Sherry McKee |
| --- | --- | --- |
| 111 7th Avenue SE, Box 17 | Attorney at Law | 830 Dover St |
| Cedar Rapids, IA  52401-2101 | 4225 University Avenue | Iowa City, IA  52245 |
| | Des Moines, IA  50311 | |

I hereby certify that a copy of the document on which this appears, and all enclosures were mailed the date indicated below or served electronically, to the above parties by the office of Carol F. Dunbar.

DATED: November 3, 2023                                                        /s/ Michelle Weber