UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Sherry McKee, | ) | Bankruptcy No. 22-00204 |
| | ) | |
| DEBTOR. | ) | MOTION TO CONTINUE HEARING |
| | ) | |

COMES NOW the Debtor, Sherry McKee and for her Motion to Continue Hearing states:

1. On November 11, 2023, the Trustee of the case filed a Motion to Dismiss for failure to make plan payments (Doc. #92). A Hearing is scheduled for December 5, 2023, at 1:45pm.

2. The undersigned has communicated with the Chapter 13 Trustee and advised the Trustee of the Debtor's plan to cure the delinquent payments.

3. The Chapter 13 Trustee does not resist the above-captioned Motion.

WHEREFORE the Debtor prays the Court continue the currently scheduled hearing to January 9, 2024 and for such other relief as the Court deem just in the premises.

MARKS LAW FIRM, P.C.

/S/ Samuel Z. Marks
Samuel Z. Marks
4225 University Avenue
Des Moines, Iowa 50311
Phone: (515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR DEBTOR

CC:
Carol F. Dunbar
Chapter 13 Trustee
505 5th Avenue, Suite 406
Des Moines, Iowa 50309
CHAPTER 13 TRUSTEE

**United States Bankruptcy Court**
**Northern District of Iowa**

In re  **Sherry A. McKee**                                  Case No.  **22-00204**
                            Debtor(s)                       Chapter   **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **December 4, 2023**, a copy of **Motion to Continue Hearing** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**21st Mortgage Corp**
**Acima Credit**
**Acima Credit**
**AT&T Wireless**
**Bank of the West**
**Caine & Weiner**
**Capital One**
**Consumer Portfolio Services, Inc.**
**Credit Collection Services**
**Credit One Bank**
**Enhanced Recovery Company**
**Joe Ruva**
**Mediacom Communications Corp**
**Messerli and Kramer**
**Ms Services Llc**
**OneMain Financial**
**Progressive Insurance**
**Pyod Llc C/o Resurgent Capital Services**
**Richard Haendel Properties**
**Richard Haendel Properties**
**Social Security Administration**
**Social Security Administration**
**South Slope**
**Sprint**
**Transworld Systems Inc**
**Two Rivers Bank and Trust**
**Two Rivers Bank and Trust**

**/s/ Samuel Z. Marks**
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**