# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISON

| | |
|---|---|
| IN THE MATTER OF:<br><br>Sherry McKee,<br><br>Debtor. | CASE NO. 22-00204<br><br>ORDER GRANTING MOTION TO CONTINUE |

NOW, on this ___4th___ day of December, 2023, a Motion for Continuance, having been filed by counsel for the Debtor, comes before the Court. The Court, after reviewing said Motion and being fully advised in the premises finds said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the previously scheduled hearing for December 5, 2023 be continued until **9th day of January, 2024 at 1:45 p.m.**

DATED AND ENTERED:

December 4, 2023

_____

Judge Thad J Collins
U.S. Bankruptcy Judge for
the Northern District of Iowa