# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br>SHERRY MCKEE | CASE NO: 22-00204<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/4/2023, I did cause a copy of the following documents, described below,

Motion to Continue Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/4/2023

/s/ Samuel Z. Marks
Samuel Z. Marks  AT0004896

Marks Law Firm
4225 University Ave
Des Moines, IA  50311
515 276 7211
office@markslawdm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

IN RE:

SHERRY MCKEE

CASE NO: 22-00204

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 12/4/2023, a copy of the following documents, described below,

Motion to Continue Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/4/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Samuel Z. Marks
Marks Law Firm
4225 University Ave
Des Moines, IA  50311

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              EXCLUDE                                ALLY FINANCIAL  CO AIS PORTFOLIO
  LABEL MATRIX FOR LOCAL NOTICING      (U) 21ST MORTGAGE                      SERVICES
NCRS ADDRESS DOWNLOAD                                                         4515 N SANTA FE AVE DEPT APS
CASE 22-00204                                                                 OKLAHOMA CITY  OK 73118-7901
NORTHERN DISTRICT OF IOWA
MON DEC 4 7-46-32 PST 2023


EXCLUDE
(U) ONEMAIN FINANCIAL GROUP  LLC       PRA  RECEIVABLES MANAGEMENT LLC        111 SEVENTH AVENUE SE 15
                                       POB 41067                              CEDAR RAPIDS  IA 52401-2103
                                       NORFOLK  VA 23541-1067



                                       EXCLUDE
(P) 21ST MORTGAGE CORPORATION          (D)(P) 21ST MORTGAGE CORPORATION       ATT WIRELESS
PO BOX 477                             PO BOX 477                             7277 164TH AVE NE
KNOXVILLE TN 37901-0477                KNOXVILLE TN 37901-0477                REDMOND  WA 98052-7823




ACIMA CREDIT                           ALLY FINANCIAL                         BANK OF THE WEST
13907 MINUTEMAN DR 5TH FLOOR           AIS PORTFOLIO SERVICES  LP             PO BOX 2078
DRAPER  UT 84020-9869                  4515 N SANTA FE AVE DEPT APS           OMAHA  NE 68103-2078
                                       OKLAHOMA CITY  OK 73118-7901




CAINE  WEINER                          CAPITAL ONE                            CAPITAL ONE BANK (USA)  NA
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                        BY AMERICAN INFOSOURCE AS AGENT
5805 SEPULVEDA BLVD                    PO BOX 30285                           4515 N SANTA FE AVE
SHERMAN OAKS  CA 91411-2546            SALT LAKE CITY  UT 84130-0285          OKLAHOMA CITY  OK 73118-7901




CAPITAL ONE BANK (USA)  NA             CONSUMER PORTFOLIO SERVICES  INC       CREDIT COLLECTION SERVICES
BY AMERICAN INFOSOURCE AS AGENT        ATTN BANKRUPTCY                        725 CANTON ST
PO BOX 71083                           PO BOX 57071                           NORWOOD  MA 02062-2679
CHARLOTTE  NC  28272-1083              IRVINE  CA 92619-7071




CREDIT ONE BANK                        ENHANCED RECOVERY COMPANY              JOE RUVA
ATTN BANKRUPTCY DEPARTMENT             ATTN BANKRUPTCY                        929 SUNSET ST
PO BOX 98873                           8014 BAYBERRY ROAD                     IOWA CITY  IA 52246-4936
LAS VEGAS  NV 89193-8873               JACKSONVILLE  FL 32256-7412




JOSEPH RUVA                            LVNV FUNDING  LLC                      MEDIACOM COMMUNICATIONS CORP
CO ERIC J LANGSTON                     RESURGENT CAPITAL SERVICES             ONE MEDIACOM WAY
601 S LINDBERGH BLVD FLR 2             PO BOX 10587                           CHESTER  NY 10918-4850
FRONTENAC  MO 63131-2733               GREENVILLE  SC 29603-0587




MEDIACOM COMMUNICATIONS CORPORATION    MESSERLI AND KRAMER                    (P) MS SERVICES LLC
PO BOX 1931                            3033 CAMPUS DR STE 250                 123 W 1ST ST SUITE 430
BURLINGAME  CA 94011-1931              PLYMOUTH  MN 55441-2662                CASPER WY 82601-7502
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE will not be served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PYOD LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PROGRESSIVE INSURANCE<br>ATTN BANKRUPTCY DEPT<br>6300 WILSON MILLS RD<br>MAYFIELD VILLAGE OH 44143-2182 | PYOD LLC CO RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SECOND ROUND SUB LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RICHARD HAENDEL PROPERTIES<br>402 MCLEAN ST<br>IOWA CITY IA 52246-3732 | SOCIAL SECURITY ADMINISTRATION<br>1500 WOODLAWN DRIVE<br>BALTIMORE MD 21241-1500 | SOCIAL SECURITY ADMINISTRATION<br>DISTRICT OFFICE<br>3165 WILLIAMS BLVD SW<br>CEDAR RAPIDS IA 52404-1422 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE FO THE CHIEF COUNSEL<br>REGION VII KANSAS CITY<br>601 E 12TH ST ROOM 965<br>KANSAS CITY MO 64106-2898 | SOUTH SLOPE<br>ATTN LEGAL DEPARTMENT<br>980 NORTH FRONT STREET<br>NORTH LIBERTY IA 52317-9005 | (P)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TIMOTHY NEWMIRE<br>47 HOLIDAY LODGE RD<br>NORTH LIBERTY IA 52317-9516 | EXCLUDE<br>~~(D)TIMOTHY NEWMIRE~~<br>~~47 HOLIDAY LODGE RD~~<br>~~NORTH LIBERTY IA 52317-9516~~ | TRANSWORLD SYSTEMS INC<br>PO BOX 17221<br>WILMINGTON DE 19886-7221 |
| TWO RIVERS BANK AND TRUST<br>222 N MAIN ST<br>BURLINGTON IA 52601-5214 | TWO RIVERS BANK AND TRUST<br>2392 RIDGEWAY DR STEA<br>CORALVILLE IA 52241 | UNITED STATES TRUSTEE<br>UNITED STATES FEDERAL COURTHOUSE<br>111 7TH AVENUE SE BOX 17<br>CEDAR RAPIDS IA 52401-2103 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | CAROL F DUNBAR<br>CAROL F DUNBAR CH 12 13 TRUSTEE<br>2616 ORCHARD DRIVE STE B<br>CEDAR FALLS IA 50613-5812 |
| EXCLUDE<br>~~(U)JOSEPH RUVA~~ | SAMUEL ZACHARY MARKS<br>4225 UNIVERSITY AVE<br>DES MOINES IA 50311-3421 | DEBTOR<br>SHERRY A MCKEE<br>830 DOVER ST<br>IOWA CITY IA 52245 |