United States Bankruptcy Court

Northern District of Iowa

In re:  
Sherry A. McKee  
    Debtor

Case No. 22-00204-TJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 2  
Date Rcvd: Dec 04, 2023      Form ID: pdf902      Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sherry A. McKee, 830 Dover St., Iowa City, IA 52245-5226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2023 21:04:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:04:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com<br>cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf902 | Total Noticed: 3 |

Eric J. Langston
        on behalf of Creditor Joseph Ruva elangston@aegislaw.com  ericlangston357.gmail.com@recap.email

Rodger Michael Turbak
        on behalf of Creditor OneMain Financial Group  LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com

Samuel Zachary Marks
        on behalf of Debtor Sherry A. McKee Office@markslawdm.com

Timothy J Jacobs
        on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com

United States Trustee
        USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISON

| IN THE MATTER OF:<br><br>Sherry McKee,<br><br>Debtor. | CASE NO. 22-00204<br><br>ORDER GRANTING MOTION TO CONTINUE |
|---|---|

NOW, on this __4th__ day of December, 2023, a Motion for Continuance, having been filed by counsel for the Debtor, comes before the Court. The Court, after reviewing said Motion and being fully advised in the premises finds said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the previously scheduled hearing for December 5, 2023 be continued until **9th day of January, 2024 at 1:45 p.m.**

DATED AND ENTERED:

December 4, 2023

Judge Thad J Collins
U.S. Bankruptcy Judge for
the Northern District of Iowa