United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00204-TJC |
| Sherry A. McKee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2024 | Form ID: hrgntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+++        Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

**Recip ID        Recipient Name and Address**
db          +++  Sherry A. McKee, 830 Dover St., Iowa City, IA 52245-5226

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2024              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Carol F. Dunbar
                            ssteffen@iowachapter13.com
                            cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com

Eric J. Langston
                            on behalf of Creditor Joseph Ruva elangston@aegislaw.com  ericlangston357.gmail.com@recap.email

Rodger Michael Turbak
                            on behalf of Creditor OneMain Financial Group  LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com

Samuel Zachary Marks
                            on behalf of Debtor Sherry A. McKee Office@markslawdm.com

Timothy J Jacobs
                            on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com

United States Trustee
                            USTPRegion12.CR.ECF@usdoj.gov

District/off: 0862-1     User: admin     Page 2 of 2
Date Rcvd: Jan 08, 2024     Form ID: hrgntc     Total Noticed: 1
TOTAL: 6

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Sherry A. McKee

Chapter 13

Bankruptcy No. 22−00204

Debtor

## NOTICE RESETTING HEARING
## ON TRUSTEE'S MOTION TO DISMISS CASE (DOC. 92)

To:

Samuel Zachary Marks, Attorney for Debtor
Carol F. Dunbar, Trustee
United States Trustee
Sherry A. McKee, Debtor

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**February 13, 2024 at 01:45 PM**

**At: United States Courthouse, 111 7th Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401**

Date: January 8, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk