UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SHERRY A. MCKEE,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 22-00204 |

## PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: February 13, 2024
Hearing on Trustee's Motion to Dismiss (Doc. 92)

APPEARANCES:

Attorney Steven Klesner for Debtor
Chapter 13 Trustee Carol Dunbar

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

Based upon material default in plan payments, the Trustee's Motion to Dismiss is GRANTED and this Chapter 13 case is DISMISSED.

Ordered:

February 14, 2024

Thad J. Collins
Chief Bankruptcy Judge