United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00204-TJC |
| Sherry A. McKee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sherry A. McKee, 830 Dover St., Iowa City, IA 52245-5226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2024 21:10:46 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2024 21:11:08 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com |
| | cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: pdf902 | Total Noticed: 3 |

Eric J. Langston
    on behalf of Creditor Joseph Ruva elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Rodger Michael Turbak
    on behalf of Creditor OneMain Financial Group LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com

Samuel Zachary Marks
    on behalf of Debtor Sherry A. McKee Office@markslawdm.com

Timothy J Jacobs
    on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SHERRY A. MCKEE,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 22-00204 |

## PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: February 13, 2024
Hearing on Trustee's Motion to Dismiss (Doc. 92)

APPEARANCES:

Attorney Steven Klesner for Debtor
Chapter 13 Trustee Carol Dunbar

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

Based upon material default in plan payments, the Trustee's Motion to Dismiss is GRANTED and this Chapter 13 case is DISMISSED.

Ordered:

February 14, 2024

_____
Thad J. Collins
Chief Bankruptcy Judge