IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: Sherry McKee, Debtor. | Case No. 22-00204 <br><br> NOTICE OF CHANGE OF ADDRESS |

COMES NOW the Debtor, Sherry McKee, by and through her attorney, Samuel Z. Marks, and in support of the above-captioned Notice of Change of Address states:

1. The debtor's prior address is 830 Dover St., Iowa City, Iowa 52245.

2. The debtor has moved.

3. The debtor's new address is 17 Video Court, Iowa City, Iowa 52240.

MARKS LAW FIRM, P.C.

 */s/ Samuel Z. Marks*

Samuel Z. Marks
Marks Law Firm, P.C.
4225 University Ave.
Des Moines, IA 50311
(515) 276-7211
Fax:(515) 276-6280
Office@markslawdm.com
ATTORNEY FOR THE DEBTOR