UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 22-00204C |
| SHERRY MCKEE, | |
| | MOTION TO PAY 11 USC SECTION 347(a) UNCLAIMED FUNDS INTO COURT REGISTRY FUND PURSUANT TO FRBP 3011 LOCAL RULE 3011 |
| Debtor. | |

    COMES NOW the Chapter 13 Trustee and states to the Court that the following payments are stale dated. The account of this estate reflects that the following amounts are still on deposit:

| | | |
|---|---|---|
| claim no. 10 | MATPSC<br>PO Box 2861<br>Philadelphia, PA 19122 | Check #289020<br>Amount $131.54<br>Issued 12/29/2023 |

The Trustee has stopped payment on this check.

    WHEREFORE, it is prayed the Court enter an Order that said sums shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sums under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED: April 24, 2024                                       /s/ Carol F. Dunbar
                                                                                    Carol F. Dunbar, #1682
                                                                                     Chapter 13 Trustee
                                                                                     2616 Orchard Drive, Suite B
                                                                                     Cedar Falls, IA 50613
                                                                                     Telephone: (319) 260-2282