UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO.  22-00204C |
| SHERRY MCKEE, | |
| | ORDER AUTHORIZING CHAPTER 13 |
| | TRUSTEE TO PAY 11 USC SECTION |
| | 347(a) UNCLAIMED FUNDS INTO |
| Debtor. | COURT REGISTRY FUND PURSUANT |
| | TO FRBP 3011 AND LOCAL RULE 3011-1 |

    IT IS ORDERED that the Chapter 13 Trustee's Motion to pay unclaimed funds under 11 USC Section 347(a) into the Court Registry Fund is hereby GRANTED.

    IT IS FURTHER ORDERED that the Chapter 13 Trustee shall provide the Court's finance officer with a list of the last known names and addresses of the unpaid claimants and the amounts they are entitled to receive, as required by FRBP 3011 and Local Rule 3011-1

DATED:

April 24, 2024

_____
UNITED STATES BANRUPTCY JUDGE