United States Bankruptcy Court

Northern District of Iowa

In re:     Case No. 22-00204-TJC
Sherry A. McKee     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 3
Date Rcvd: May 28, 2024     Form ID: ntc13rpt     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sherry A. McKee, 17 Video Court, Iowa City, IA 52240-3051 |
| 2344039 | + | AT&T Wireless, 7277 164th Ave NE, Redmond, WA 98052-7823 |
| 2344047 | + | Joe Ruva, 929 Sunset St, Iowa City, IA 52246-4936 |
| 2344050 | ++ | MS SERVICES LLC, 123 W 1ST ST SUITE 430, CASPER WY 82601-7502 address filed with court:, Ms Services Llc, 123 West 1st Street, Suite 430, Casper, WY 82601 |
| 2344054 | + | Richard Haendel Properties, 402 McLean St, Iowa City, IA 52246-3732 |
| 2344057 | + | South Slope, Attn: Legal Department, 980 North Front Street, North Liberty, IA 52317-9005 |
| 2344059 | + | Timothy Newmire, 47 Holiday Lodge Rd,, North Liberty, IA 52317-9516 |
| 2344061 | | Transworld Systems Inc, PO Box 17221, Wilmington, DE 19886-7221 |
| 2344062 | | Two Rivers Bank and Trust, 2392 Ridgeway Dr SteA, Coralville, IA 52241 |
| 2344063 | + | Two Rivers Bank and Trust, 222 N Main St, Burlington, IA 52601-5214 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2024 23:02:39 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2024 23:02:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 2344036 | | Email/Text: ebn@21stmortgage.com | May 28 2024 22:53:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 2344468 | | Email/Text: ebn@21stmortgage.com | May 28 2024 22:53:00 | 21st Mortgage Corporation, Po Box 477, Knoxville, TN 37901 |
| 2344037 | + | Email/Text: bankruptcy@acimacredit.com | May 28 2024 22:53:00 | Acima Credit, 13907 Minuteman Dr. 5th Floor, Draper, UT 84020-9869 |
| 2344377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2024 23:02:36 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2344040 | | Email/Text: bankruptcy@bmo.com | May 28 2024 22:53:00 | Bank of the West, PO Box 2078, Omaha, NE 68103-2078 |
| 2344041 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 28 2024 22:53:39 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 2344042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2024 23:02:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 2344829 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2024 23:02:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 2344825 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 22-00204   Doc 107   Filed 05/30/24   Entered 05/30/24 23:42:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: ntc13rpt | Total Noticed: 42 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | May 28 2024 23:02:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2344043 | + Email/Text: bankruptcy@consumerportfolio.com | May 28 2024 22:53:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 2344044 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 28 2024 22:53:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 2344045 | + Email/PDF: creditonebknotifications@resurgent.com | May 28 2024 23:02:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 2344046 | + Email/Text: bknotice@ercbpo.com | May 28 2024 22:53:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 2347971 | + Email/Text: elangston@aegislaw.com | May 28 2024 22:53:00 | Joseph Ruva, c/o Eric J. Langston, 601 S. Lindbergh Blvd. Flr 2, Frontenac, MO 63131-2733 |
| 2347560 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 2344048 | Email/Text: Documentfiling@LCIinc.com | May 28 2024 22:53:00 | Mediacom Communications Corp, One Mediacom Way, Chester, NY 10918-4850 |
| 2344347 | + Email/Text: Documentfiling@LCIinc.com | May 28 2024 22:53:00 | Mediacom Communications Corporation, PO BOX 1931, Burlingame, CA 94011-1931 |
| 2344049 | + Email/Text: cc-bklitigation@messerlikramer.com | May 28 2024 22:53:00 | Messerli and Kramer, 3033 Campus Dr Ste 250, Plymouth, MN 55441-2685 |
| 2344051 | Email/PDF: cbp@omf.com | May 28 2024 23:02:36 | OneMain Financial Group, LLC, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 2366200 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2024 23:02:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 2344345 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:43 | PYOD, LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 2344052 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 28 2024 22:53:00 | Progressive Insurance, Attn: Bankruptcy Dept, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 2344053 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:31 | Pyod Llc C/o Resurgent Capital Services, Attn: Bankruptcy Department, Po Box 10497, Greenville, SC 29603-0497 |
| 2348380 | Email/Text: bnc-quantum@quantum3group.com | May 28 2024 22:53:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 2344058 | Email/PDF: ais.sprint.ebn@aisinfo.com | May 28 2024 23:02:32 | Sprint, KSOPHT0101-Z4300, 6391 Sprint Parkway, Overland Park, KS 66251-4300 |
| 2353631 | + Email/Text: ssa.bankruptcy@ssa.gov | May 28 2024 22:53:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 2344055 | + Email/Text: ssa.bankruptcy@ssa.gov | May 28 2024 22:53:00 | Social Security Administration, District Office, 3165 Williams Blvd SW, Cedar Rapids, IA 52404-1422 |
| 2344056 | Email/Text: ssa.bankruptcy@ssa.gov | May 28 2024 22:53:00 | Social Security Administration, Office fo the Chief Counsel, Region VII, Kansas City, 601 E. 12th St., Room 965, Kansas City, MO 64106-2898 |
| 2347718 | + Email/PDF: ebn_ais@aisinfo.com | May 28 2024 23:02:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2347728 | Email/PDF: ebn_ais@aisinfo.com | May 28 2024 23:02:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 32

Case 22-00204   Doc 107   Filed 05/30/24   Entered 05/30/24 23:42:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0862-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: ntc13rpt | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2344038 | *+ | Acima Credit, 13907 Minuteman Dr. 5th Floor, Draper, UT 84020-9869 |
| 2344378 | *+ | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2344060 | *+ | Timothy Newmire, 47 Holiday Lodge Rd, North Liberty IA 52317-9516 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2024         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Eric J. Langston | on behalf of Creditor Joseph Ruva elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Rodger Michael Turbak | on behalf of Creditor OneMain Financial Group  LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com |
| Samuel Zachary Marks | on behalf of Debtor Sherry A. McKee Office@markslawdm.com |
| Timothy J Jacobs | on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 6

ntc13rpt 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Sherry A. McKee

Chapter 13

Bankruptcy No. 22−00204

Debtor

## NOTICE OF FILING RE:
## CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT
## AND NOTICE OF DISMISSAL OF CASE

To:

All Creditors and Parties in Interest

**NOTICE IS HEREBY GIVEN:**

1. The enclosed Notice of Filing re: Ch. 13 Trustee's Final Report and Account and Notice of Dismissal of Case was filed on May 24, 2024.

2. This case has been dismissed.

3. Unless a written application for a hearing is filed on or before 30 days from the date of this notice, the estate will be closed and the Court shall release the trustee and the surety on the trustee's bond.

Date: May 28, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa J. Stoelman*

Deputy Clerk