United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00204-TJC |
| Sherry A. McKee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 28, 2024 | Form ID: pdf901 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sherry A. McKee, 17 Video Court, Iowa City, IA 52240-3051 |
| 2344039 | + | AT&T Wireless, 7277 164th Ave NE, Redmond, WA 98052-7823 |
| 2344047 | + | Joe Ruva, 929 Sunset St, Iowa City, IA 52246-4936 |
| 2344050 | ++ | MS SERVICES LLC, 123 W 1ST ST SUITE 430, CASPER WY 82601-7502 address filed with court:, Ms Services Llc, 123 West 1st Street, Suite 430, Casper, WY 82601 |
| 2344054 | + | Richard Haendel Properties, 402 McLean St, Iowa City, IA 52246-3732 |
| 2344057 | + | South Slope, Attn: Legal Department, 980 North Front Street, North Liberty, IA 52317-9005 |
| 2344059 | + | Timothy Newmire, 47 Holiday Lodge Rd,, North Liberty, IA 52317-9516 |
| 2344061 | | Transworld Systems Inc, PO Box 17221, Wilmington, DE 19886-7221 |
| 2344062 | | Two Rivers Bank and Trust, 2392 Ridgeway Dr SteA, Coralville, IA 52241 |
| 2344063 | + | Two Rivers Bank and Trust, 222 N Main St, Burlington, IA 52601-5214 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2024 23:02:37 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2024 23:02:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 2344036 | | Email/Text: ebn@21stmortgage.com | May 28 2024 22:53:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 2344468 | | Email/Text: ebn@21stmortgage.com | May 28 2024 22:53:00 | 21st Mortgage Corporation, Po Box 477, Knoxville, TN 37901 |
| 2344037 | + | Email/Text: bankruptcy@acimacredit.com | May 28 2024 22:53:00 | Acima Credit, 13907 Minuteman Dr. 5th Floor, Draper, UT 84020-9869 |
| 2344377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2024 23:02:36 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2344040 | | Email/Text: bankruptcy@bmo.com | May 28 2024 22:53:00 | Bank of the West, PO Box 2078, Omaha, NE 68103-2078 |
| 2344041 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 28 2024 22:53:39 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 2344042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2024 23:02:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 2344829 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2024 23:02:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 2344825 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0862-1 | User: admin | Page 2 of 3
Date Rcvd: May 28, 2024 | Form ID: pdf901 | Total Noticed: 42

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | May 28 2024 23:02:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2344043 | + Email/Text: bankruptcy@consumerportfolio.com | May 28 2024 22:53:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 2344044 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 28 2024 22:53:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 2344045 | + Email/PDF: creditonebknotifications@resurgent.com | May 28 2024 23:02:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 2344046 | + Email/Text: bknotice@ercbpo.com | May 28 2024 22:53:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 2347971 | + Email/Text: elangston@aegislaw.com | May 28 2024 22:53:00 | Joseph Ruva, c/o Eric J. Langston, 601 S. Lindbergh Blvd. Flr 2, Frontenac, MO 63131-2733 |
| 2347560 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 2344048 | Email/Text: Documentfiling@LCIinc.com | May 28 2024 22:53:00 | Mediacom Communications Corp, One Mediacom Way, Chester, NY 10918-4850 |
| 2344347 | + Email/Text: Documentfiling@LCIinc.com | May 28 2024 22:53:00 | Mediacom Communications Corporation, PO BOX 1931, Burlingame, CA 94011-1931 |
| 2344049 | + Email/Text: cc-bklitigation@messerlikramer.com | May 28 2024 22:53:00 | Messerli and Kramer, 3033 Campus Dr Ste 250, Plymouth, MN 55441-2685 |
| 2344051 | Email/PDF: cbp@omf.com | May 28 2024 23:02:31 | OneMain Financial Group, LLC, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 2366200 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2024 23:02:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 2344345 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:31 | PYOD, LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 2344052 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 28 2024 22:53:00 | Progressive Insurance, Attn: Bankruptcy Dept, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 2344053 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2024 23:02:37 | Pyod Llc C/o Resurgent Capital Services, Attn: Bankruptcy Department, Po Box 10497, Greenville, SC 29603-0497 |
| 2348380 | Email/Text: bnc-quantum@quantum3group.com | May 28 2024 22:53:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 2344058 | Email/PDF: ais.sprint.ebn@aisinfo.com | May 28 2024 23:02:44 | Sprint, KSOPHT0101-Z4300, 6391 Sprint Parkway, Overland Park, KS 66251-4300 |
| 2353631 | + Email/Text: ssa.bankruptcy@ssa.gov | May 28 2024 22:53:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 2344055 | + Email/Text: ssa.bankruptcy@ssa.gov | May 28 2024 22:53:00 | Social Security Administration, District Office, 3165 Williams Blvd SW, Cedar Rapids, IA 52404-1422 |
| 2344056 | Email/Text: ssa.bankruptcy@ssa.gov | May 28 2024 22:53:00 | Social Security Administration, Office fo the Chief Counsel, Region VII, Kansas City, 601 E. 12th St., Room 965, Kansas City, MO 64106-2898 |
| 2347718 | + Email/PDF: ebn_ais@aisinfo.com | May 28 2024 23:02:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2347728 | Email/PDF: ebn_ais@aisinfo.com | May 28 2024 23:02:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 32

| District/off: 0862-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: pdf901 | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2344038 | *+ | Acima Credit, 13907 Minuteman Dr. 5th Floor, Draper, UT 84020-9869 |
| 2344378 | *+ | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2344060 | *+ | Timothy Newmire, 47 Holiday Lodge Rd, North Liberty IA 52317-9516 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com<br>cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Eric J. Langston | on behalf of Creditor Joseph Ruva elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Rodger Michael Turbak | on behalf of Creditor OneMain Financial Group  LLC rturbak@lewisricekc.com, vlbates@lewisricekc.com |
| Samuel Zachary Marks | on behalf of Debtor Sherry A. McKee Office@markslawdm.com |
| Timothy J Jacobs | on behalf of Creditor 21st Mortgage Tim@midwestlawgroup.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF IOWA

In re: SHERRY A. MCKEE   Case No.: 22-00204C

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CAROL F. DUNBAR, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/15/2022.
2) The plan was confirmed on 12/08/2022.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 05/05/2023.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/20/2023, 11/03/2023.
5) The case was dismissed on 02/14/2024.
6) Number of months from filing or conversion to last payment: 21.
7) Number of months case was pending: 25.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $4,668.00 |
| Less amount refunded to debtor: | $8.94 |
| **NET RECEIPTS:** | **$4,659.06** |

**Expenses of Administration:**
| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $3,913.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $345.78 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,258.78** |
| Attorney fees paid and disclosed by debtor: | $400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| 21ST MORTGAGE CORPORATION | Secured | 84,206.00 | 82,338.01 | .00 | .00 | .00 |
| 21ST MORTGAGE CORPORATION | Secured | NA | 5,522.59 | .00 | .00 | .00 |
| ACIMA CREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| AT&T WIRELESS | Unsecured | 2,465.80 | NA | NA | .00 | .00 |
| CAINE & WEINER | Unsecured | 183.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK NA | Unsecured | 820.00 | 820.60 | 820.60 | .00 | .00 |
| ENHANCED RECOVERY CORPORATION | Unsecured | 2,033.00 | NA | NA | .00 | .00 |
| JOE RUVA | Unsecured | 6,790.00 | NA | NA | .00 | .00 |
| MATPSC | Unsecured | 38,000.00 | 51,608.40 | 51,608.40 | 290.84 | .00 |
| MEDIACOM COMMUNICATIONS CORPO | Unsecured | 191.18 | 325.67 | 325.67 | .00 | .00 |
| MS SERVICES LLC | Unsecured | 292.00 | NA | NA | .00 | .00 |
| ONEMAIN | Unsecured | 15,351.00 | 14,373.26 | 14,373.26 | 80.99 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 5,774.00 | 5,900.72 | 5,900.72 | 28.45 | .00 |

# UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF IOWA

In re: SHERRY A. MCKEE        Case No.: 22-00204C

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM GROUP LLC | Unsecured | NA | 553.29 | 553.29 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 342.00 | 341.00 | 341.00 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,778.00 | 1,678.61 | 1,678.61 | .00 | .00 |
| RICHARD HAENDEL PROPERTIES | Unsecured | NA | NA | NA | .00 | .00 |
| SOUTH SLOPE | Unsecured | 938.45 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | Unsecured | 1,036.47 | NA | NA | .00 | .00 |
| TWO RIVERS BANK AND TRUST | Unsecured | NA | NA | NA | .00 | .00 |
| VERIZON BY AMERICAN INFOSOURCE | Unsecured | NA | 206.55 | 206.55 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 75,808.10 | 400.28 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,258.78 |
| Disbursements to Creditors: | $400.28 |
| **TOTAL DISBURSEMENTS:** | $4,659.06 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/24/2024        By: /s/CAROL F. DUNBAR
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.